

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00690-CV

Beatriz **CARVALHO** and AJ Lopez Trucking,
Appellants

v.

Cynthia **DEHOYOS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI04017
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, appellants' motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against the party incurring same.

SIGNED January 22, 2020.

_____
Liza A. Rodriguez, Justice